IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,        Plaintiff,

vs.                              No. 25-CR-005-SEH

MICHAEL RAY CRAWLEY,             Defendant.

**MOTION FOR CONTINUANCE**

Comes now the Defendant, MICHAEL RAY CRAWLEY, by and through his counsel, Warren Gotcher of the law firm of GOTCHER and BEAVER, and for his Motion For Continuance, states:

1. That arraignment is scheduled in this matter for January 14, 2025, at 2:00 p.m. in this Honorable Court.

2. That counsel for Defendant has a previously scheduled Preliminary Hearing in the District Court of Carter County, State of Oklahoma, in the case of State of Oklahoma vs. Rashad Joshua Bolds, Case Number CF-2024-2 on the said 14th day of January, 2025, at 9:00 a.m., said Court being in Ardmore, Oklahoma

3. That counsel herein can not physically appear in this Honorable Court at 2:00 p.m.due to his appearing at 9:00 a.m. in Ardmore, Oklahoma, and the distance from Ardmore to Tulsa.

4. That due to the conflict in scheduling for counsel herein, it respectfully requested that this matter be rescheduled for a minimal period of time.

5. That counsel has attempted to contacted George Jiang, Assistant United States Attorney to determine if there is any objection to rescheduling the arraignment,

however at the time of filing this Motion counsel herein has not talked with the said George Jiang.

6.  That this Motion is not made for the purposes of delay.

WHEREFORE, Defendant prays that the arraignment scheduled for January 14 at 2:00 p.m. be continued for a minimal period of time or to such time as may be convenient for this Honorable Court.

>
> MICHAEL RAY CRAWLEY,
> DEFENDANT
> GOTCHER AND BEAVER
> 323 E. Carl Albert Parkway, P.O. Box 160
> McAlester, Oklahoma 74502
> 928-423-0412
> ATTORNEYS FOR DEFENDANT
> BY: s/Warren Gotcher
>     Warren Gotcher, OBA 3495
> **Warren@Gotcher-Beaver.com**

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2025, I electronically transmitted the attached document to the Clerk of the Court using ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

George Jiang AUSA

S/Warren Gotcher
WARREN GOTCHER